1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10                              SOUTHERN DIVISION

| | |
|---|---|
| DENISE BAXTER, and EVELYN ACKBARALI, individually and on behalf of all other similarly situated California Residents, | ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) ) ) |
| INTELIUS, INC., A Delaware Corporation; INTELIUS SALES COMPANY LLC, a/k/a INTELIUS SALES, LLC A Nevada Limited Liability Company; and ADAPTIVE MARKETING LLC, A Delaware Limited Liability Company, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

CASE NO.:  SA CV 09-01031-AG-(MLGx)

JUDGMENT FOR DEFENDANTS DISMISSING SECOND AMENDED COMPLAINT WITH PREJUDICE

Hon. Andrew J. Guilford
Action Filed:  August 26, 2009

On September 16, 2010, the Court issued an Order granting in whole the motions to dismiss filed by Defendants Adaptive Marketing LLC, Intelius Inc., and Intelius Sales LLC (collectively, "Defendants") (ECF Nos. 81 and 84).  For the reasons set forth in that Order, the Second Amended Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Judgment be entered for Defendants and against Plaintiffs Denise Baxter and Evelyn Ackbarali.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiffs shall take nothing and that Defendants shall recover from Plaintiffs fees and costs in accordance with Federal Rule of Civil Procedure 54(d) and Local Rule 54-1 *et seq*.

**IT IS SO ORDERED**.

Dated: September 29, 2010

_____
THE HONORABLE ANDREW J. GUILFORD
United States District Judge

Respectfully submitted by:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Darrel J. Hieber
J. Russell Jackson
Marina V. Bogorad

/s/ *Marina V. Bogorad*
Marina V. Bogorad

Attorneys for Defendant Adaptive Marketing LLC

JONES DAY
Thomas R. Malcolm
John A. Vogt
Edward S. Chang

/s/ *Edward S. Chang*
Edward S. Chang

Attorneys for Defendants Intelius Inc. & Intelius Sales LLC